[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 18, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-11586
Non-Argument Calendar

_____

D. C. Docket No. 05-21516-CV-DLG

GUIDEONE SPECIALTY MUTUAL
INSURANCE COMPANY,

Plaintiff-Counter
Defendant-Appellee,

versus

UNITED CHRISTIAN EVANGELISTIC
ASSOCIATION OF FLORIDA, LLC,
a Florida Corporation,
UNITED CHRISTIAN EVANGELISTIC
ASSOCIATION OF FLORIDA, INC.,
a Florida Corporation,
UNITED CHRISTIAN EVANGELISTIC
ASSOCIATION, INC.,
FREDERICK "IKE" EIKERENKOOTER,

Defendants-Counter
Claimants-Appellants,

AUGUSTO MEDINA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

**(March 18, 2008)**

Before DUBINA, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Appellants appeal the district court's judgment, after a bench trial, that Appellee GuideOne Specialty Mutual Insurance Company has no duty to defend and/or indemnify Appellants in the underlying action brought against Appellants by Augusto Medina. After reviewing the parties' briefs and the record, we conclude the district court did not err and affirm for the reasons stated in the district court's well-reasoned order of March 9, 2007.

**AFFIRMED.**